UNITED STATES $v.$ LEITER MINERALS,
INC., ET AL.

No. 950. Decided June 1, 1965.*

*Solicitor General Cox* and *Roger P. Marquis* for the
United States.

*Francis R. Kirkham, Turner H. McBaine, Eugene D.
Saunders* and *Charles D. Marshall* for petitioners in
No. 951.

*Saul Stone* and *E. Drew McKinnis* for Buras et al.

PER CURIAM.

The motion of Alma Buras et al. to be added as parties
respondent is granted.

Upon consideration of the joint suggestion of mootness,
the petitions for writs of certiorari are granted and the
judgment of the United States Court of Appeals for the
Fifth Circuit is vacated. The cases are remanded to the
United States District Court for the Eastern District of
Louisiana with directions to dismiss the complaint as
moot.

---

*Together with No. 951, *California Co. et al.* v. *Leiter Minerals,
Inc., et al.*, also on petition for writ of certiorari to the same court.